NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

GGH 11, LLC, a Florida limited liability company,

      Appellant,

v.

CHEVAL PROPERTY OWNERS' ASSOCIATION, INC.; CHEVAL GOLF CLUB, LLC, a Florida limited liability company, CHEVAL GOLF AND ATHLETIC CLUB, LLC, a Florida limited liability company,

      Appellees.

Case No. 2D19-2847

Opinion filed September 16, 2020.

Appeal from the Circuit Court for Hillsborough County; Emily A. Peacock, Judge.

Deborah Marks, Miami, for Appellant.

Samual A. Miller and Sara A. Brubaker of Akerman LLP, Orlando, and Marilyn Mullen Healy of Akerman LLP, Tampa, for Appellee Cheval Property Owners' Association, Inc.

No appearance for Appellees Cheval Golf Club, LLC, and Cheval Golf and Athletic Club, LLC.

PER CURIAM.

Affirmed.

NORTHCUTT, BLACK, and SMITH, JJ., Concur.